**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** MINNESOTA
ST. PAUL **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| JOHN KENNETH TRIHUS | § | Case No. 21-30914 |
| WENDY KAY TRIHUS | § | |
| | § | |
| Debtors | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

RANDALL L. SEAVER , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 556,590.69<br>*(Without deducting any secured claims)* | Assets Exempt: 391,488.07 |
| Total Distributions to Claimants: 12,211.41 | Claims Discharged<br>Without Payment: 4,672,509.55 |
| Total Expenses of Administration: 55,039.64 | |

3) Total gross receipts of $67,251.05 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $67,251.05 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $774,636.69 | $4,581,245.70 | $4,581,245.70 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 55,039.64 | 55,039.64 | 55,039.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 75,042.29 | 75,042.29 | 12,211.41 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,653,238.15 | 2,182,048.29 | 2,182,048.29 | 0.00 |
| **TOTAL DISBURSEMENTS** | $2,427,874.84 | $6,893,375.92 | $6,893,375.92 | $67,251.05 |

4) This case was originally filed under chapter 7 on 05/28/2021. The case was pending for 55 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/02/2025 By:/s/RANDALL L. SEAVER
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 14500 54TH AVE<br>BLOOMING PRAIRIE<br>MN 55917-0000 | 1110-000 | 12,500.00 |
| 29290 835TH AVE<br>HOLLANDALE MN 56045-0000 | 1110-000 | 15,000.00 |
| PAST DUE RENTAL PAYMENT DUE FROM TENANTS | 1122-000 | 2,500.00 |
| ACCRUED BUT UNPAID WAGES | 1129-000 | 1,487.93 |
| 2020 TAX REFUNDS | 1224-000 | 5,240.74 |
| UNSCHEDULED INSURANCE CLAIM | 1229-000 | 23,022.38 |
| TRANSFER TO BASSFORD LAW FIRM | 1241-000 | 7,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$**67,251.05 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$**NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | ALLY FINANCIAL, PO BOX 380901 Minneapolis, MN 55438 | | 16,723.23 | NA | NA | 0.00 |
| | GREENSTATE CREDIT UNION, 2355 LANDON RD. North Liberty, IA 52317 | | 6,687.54 | NA | NA | 0.00 |
| | JOHN DEERE FINANCIAL, 6400 NW 86TH ST PO BOX 6600 Johnston, IA 50131-6600 | | 31,273.75 | NA | NA | 0.00 |
| | JOHN DEERE FINANCIAL, 6400 NW 86TH ST PO BOX 6600 Johnston, IA 50131-6600 | | 18,478.56 | NA | NA | 0.00 |
| | JOHNSON BROS GOLF CARS INC, 14160 54TH AVE SE Blooming Prairie, MN 55917 | | 196,000.00 | NA | NA | 0.00 |
| | MINNESOTA DEPT OF REV, PO BOX 64447 BKY DIVISION Saint Paul, MN 55164-0447 | | 46,380.92 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MINNESOTA DEPT OF REV, PO BOX 64447 BKY DIVISION Saint Paul, MN 55164-0447 | | 25,985.69 | NA | NA | 0.00 |
| | PIONEER BANK, 320 STADUIM RD #100 Mankato, MN 56001 | | 132,988.00 | NA | NA | 0.00 |
| | PIONEER BANK, 320 STADUIM RD #100 Mankato, MN 56001 | | 205,650.00 | NA | NA | 0.00 |
| | PIONEER BANK, 320 STADUIM RD #100 Mankato, MN 56001 | | 94,469.00 | NA | NA | 0.00 |
| | TRIHUS REVOCABLE TRUST, ATTN BRIAN TRIHUS TRUSTEE 31585 895TH AVE Blooming Prairie, MN 55917 | | 0.00 | NA | NA | 0.00 |
| 2 | Chs Capital, Llc | 4110-000 | NA | 90,130.69 | 90,130.69 | 0.00 |
| 7 | Greenstate Credit Union | 4110-000 | NA | 5,707.92 | 5,707.92 | 0.00 |
| 24 | Pioneer Bank | 4110-000 | NA | 4,453,800.00 | 4,453,800.00 | 0.00 |
| 3 | Trihus Revocable Trust | 4110-000 | NA | 24,914.09 | 24,914.09 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 21A | DEERE & COMPANY WORLD | 4210-000 | NA | 6,693.00 | 6,693.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $774,636.69 | $4,581,245.70 | $4,581,245.70 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RANDALL L. SEAVER | 2100-000 | NA | 6,612.55 | 6,612.55 | 6,612.55 |
| RANDALL L. SEAVER | 2200-000 | NA | 1,267.82 | 1,267.82 | 1,267.82 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 100.98 | 100.98 | 100.98 |
| TRUSTEE INSURANCE AGENCY | 2420-000 | NA | 158.27 | 158.27 | 158.27 |
| TRUSTEE INSURANCE AGENCY, INC | 2420-000 | NA | 668.26 | 668.26 | 668.26 |
| TRUSTEE INSURANCE AGENCY, INC | 2990-000 | NA | 1,537.46 | 1,537.46 | 1,537.46 |
| FULLER, SEAVER & SWANSON, PA | 3110-000 | NA | 18,408.00 | 18,408.00 | 18,408.00 |
| FULLER, SEAVER & SWANSON, PA | 3120-000 | NA | 1,031.06 | 1,031.06 | 1,031.06 |
| GREENSTEIN SELLERS PLLC | 3210-000 | NA | 23,269.30 | 23,269.30 | 23,269.30 |
| GREENSTEIN SELLERS PLLC | 3220-000 | NA | 254.53 | 254.53 | 254.53 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WESLER & ASSOCIATES | 3410-000 | NA | 1,515.50 | 1,515.50 | 1,515.50 |
| WESLER & ASSOCIATES | 3420-000 | NA | 215.91 | 215.91 | 215.91 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $NA | $55,039.64 | $55,039.64 | $55,039.64 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| | IRS, PO BOX 7346 Philadelphia, PA 19101-7346 | | 0.00 | NA | NA | 0.00 |
| | MINNESOTA DEPT OF REV, PO BOX 64447 BKY DIVISION Saint Paul, MN 55164-0447 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 20 | IRS | 5800-000 | NA | 18,025.08 | 18,025.08 | 2,933.17 |
| 9 | Minnesota Dept Of Revenue | 5800-000 | NA | 57,017.21 | 57,017.21 | 9,278.24 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $NA | $75,042.29 | $75,042.29 | $12,211.41 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADMIRAL INVESTMENTS, LLC, 100 S. 5TH ST. SUITE 1400 Minneapolis, MN 55402 | | 3,429.51 | NA | NA | 0.00 |
| | ALBERT LEA SEED HOUSE INC., 1414 W. MAIN ST. Albert Lea, MN 56007 | | 6,941.59 | NA | NA | 0.00 |
| | ALTUS GTS INC, 2400 VETERANS MEMORIAL BLVD STE 300 Kenner, LA 70062 | | 62.71 | NA | NA | 0.00 |
| | AMERICAN EXPRESS - MACYS, PO BOX 10008 Birmingham, AL 35202 | | 266.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMERICAN PROFIT RECOVERY, 34505 W 12 MILE RD STE 333 Farmington Hills, MI 48331-5608 | | 1.00 | NA | NA | 0.00 |
| | ANDERSON KURT M, 80 S 8TH ST. #4910 Minneapolis, MN 55402 | | 1.00 | NA | NA | 0.00 |
| | ANDREW JOHNSON, ATTORNEY AT LAW, 40 GOOD COUNSEL DR. Mankato, MN 56001 | | 1.00 | NA | NA | 0.00 |
| | AUSTIN ELECTRIC, 1111 5TH PL. SE Austin, MN 55912 | | 1,298.00 | NA | NA | 0.00 |
| | B BAR C, LTD, DBA FERTILIZER EQUIPMENT SPECIALISTS 2101 2ND AVE. S Clear Lake, IA 50428 | | 28,602.90 | NA | NA | 0.00 |
| | BANK OF AMERICA, PO BOX 15796 Wilmington, DE 19886 | | 11,278.00 | NA | NA | 0.00 |
| | BANKERS HEALTHCARE GROUP, 201 SOLAR STREET Syracuse, NY 13204 | | 50,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BERNSTEIN BURKLEY, 707 GRANT ST STE 2200 GULF TOWER Pittsburgh, PA 15219 | | 0.00 | NA | NA | 0.00 |
| | BEST BUY, C/O CITIBANK, N.A. 701 EAST 60TH ST N Sioux Falls, SD 57117 | | 1,421.00 | NA | NA | 0.00 |
| | BOMGAARS, 1805 ZENITH DRIVE Sioux City, IA 51103 | | 191.00 | NA | NA | 0.00 |
| | BREIT & BOOMSMA, P.C., 606 E. TAN TARA CIRCLE Sioux Falls, SD 57108 | | 1.00 | NA | NA | 0.00 |
| | C&B OPERATIONS, LLC, 151 800TH ST. Jackson, MN 56143 | | 18,974.95 | NA | NA | 0.00 |
| | CAPITAL ONE, BANKRUPTCY DEPARTMENT PO BOX 30275 Salt Lake City, UT 84130-0275 | | 1,095.00 | NA | NA | 0.00 |
| | CARSON SMITHFIELD, LLC, PO BOX 9216 Old Bethpage, NY 11804 | | 797.61 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CHS, INC., 5500 CENEX DRIVE Inver Grove Heights, MN 55077 | | 329,723.31 | NA | NA | 0.00 |
| | CHS, INC., 5500 CENEX DRIVE Inver Grove Heights, MN 55077 | | 32,972.31 | NA | NA | 0.00 |
| | CHS, INC., 5500 CENEX DRIVE Inver Grove Heights, MN 55077 | | 25,877.85 | NA | NA | 0.00 |
| | CHS, INC., 5500 CENEX DRIVE Inver Grove Heights, MN 55077 | | 5,265.32 | NA | NA | 0.00 |
| | CHS, INC., 5500 CENEX DRIVE Inver Grove Heights, MN 55077 | | 25,877.85 | NA | NA | 0.00 |
| | CHS, INC., 5500 CENEX DRIVE Inver Grove Heights, MN 55077 | | 4,510.32 | NA | NA | 0.00 |
| | CITI CARDS, PO BOX 78045 Phoenix, AZ 85062 | | 9,699.00 | NA | NA | 0.00 |
| | CITI CARDS, PO BOX 78045 Phoenix, AZ 85062 | | 12,425.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CNH INDUSTRIAL CAPITAL AMERICA LLC, PO BOX 3600 Lancaster, PA 17604 | | 226,776.40 | NA | NA | 0.00 |
| | COLLISON VETERINARY SERVICES PC, 1310 LINN ST Lake City, IA 51449 | | 29,966.43 | NA | NA | 0.00 |
| | CREDIT BUREAU OF ALBERT LEA, 131 S. NEWTON AVE. Albert Lea, MN 56007 | | 1.00 | NA | NA | 0.00 |
| | CREDIT COLLECTION SERVICES, PO BOX 607 Norwood, MA 02062-0607 | | 1.00 | NA | NA | 0.00 |
| | CREDIT ONE BANK, PO BOX 98873 Las Vegas, NV 89193-8873 | | 614.00 | NA | NA | 0.00 |
| | CWS/CW NEXUS, 101 CROSSWAYS PARK DR W Woodbury, NY 11797 | | 797.61 | NA | NA | 0.00 |
| | CWS/CW NEXUS, 101 CROSSWAYS PARK DR W Woodbury, NY 11797 | | 797.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DEERE & COMPANY WORLD HEADQUARTERS, ONE JOHN DEERE PLACE Moline, IL 61265 | | 416,297.47 | NA | NA | 0.00 |
| | DEERE & COMPANY WORLD HEADQUARTERS, ONE JOHN DEERE PLACE Moline, IL 61265 | | 164,385.21 | NA | NA | 0.00 |
| | DEERE CREDIT INC, ONE JOHN DEERE PLACE Moline, IL 61265 | | 0.00 | NA | NA | 0.00 |
| | DISCOVER FIN SVCS LLC, PO BOX 15316 Wilmington, DE 19850 | | 1,856.00 | NA | NA | 0.00 |
| | DONNELLY LAW OFFICE, 211 2ND ST. NW Austin, MN 55912 | | 1.00 | NA | NA | 0.00 |
| | FINANCIAL RECOVERY SERVICES, INC., PO BOX 385908 MINNEAPOLIS, MN 55438-5908 | | 0.00 | NA | NA | 0.00 |
| | FIRST NATIONAL BANK OF OMAHA, PO BOX 3696 Omaha, NE 68103 | | 11,520.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FREDRICKSON & BYRON P.A., 200 SOUTH SIXTH STREET STE 4000 Minneapolis, MN 55402-1425 | | 13,400.00 | NA | NA | 0.00 |
| | FRONTIER COMMUNICATION, 19 JOHN STREET Middletown, NY 10940 | | 0.00 | NA | NA | 0.00 |
| | GENERAL REVENUE CORP, 4660 DUKE DR STE 200 Mason, OH 45040 | | 2,854.00 | NA | NA | 0.00 |
| | GORDYS REPAIR & IMPLEMENT LTD, 207 S. BROAD ST. Stacyville, IA 50476 | | 5,306.75 | NA | NA | 0.00 |
| | GURSTEL LAW FIRM P.C., 6681 Country Club Drive GOLDEN VALLEY, MN 55427 | | 1.00 | NA | NA | 0.00 |
| | HALPERN LAW FIRM PLLC, 10 SOUTH FIFTH STREET STE 400 Minneapolis, MN 55402 | | 1.00 | NA | NA | 0.00 |
| | INDIGO, PO BOX 4477 Beaverton, OR 97076 | | 408.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | INTOXALOCK, 11035 AURORA AVE. Urbandale, IA 50322 | | 448.00 | NA | NA | 0.00 |
| | JASON WEIS | | 4,716.23 | NA | NA | 0.00 |
| | JIM & DUDES PLUMBING HEATING & AC, 724 W. CLARK ST. Albert Lea, MN 56007 | | 7,394.00 | NA | NA | 0.00 |
| | KURT ANDERSON | | 27,455.67 | NA | NA | 0.00 |
| | LARKIN HOFFMAN, 8300 NORMAN CENTER DR STE 1000 Minneapolis, MN 55437-1060 | | 2,403.00 | NA | NA | 0.00 |
| | LAW OFFICE OF JEREMY T KRAMER, PA, 4578 SE 18TH ST. Owatonna, MN 55060 | | 1.00 | NA | NA | 0.00 |
| | MACYS BANKRUPTCY PROCESSING, PO BOX 8053 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | MANTY & ASSOCIATES, P.A., 401 2ND AVE N STE 400 Minneapolis, MN 55401-2097 | | 1.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MIDLAND FUNDING LLC, MIDLAND CREDIT MGMT INC PO BOX 939069 San Diego, CA 92193 | | 1.00 | NA | NA | 0.00 |
| | MORRIS FURNITURE, 1909 E. MAINS T. Albert Lea, MN 56007 | | 2,718.00 | NA | NA | 0.00 |
| | NORTH CENTRAL INTERNATIONAL, 1955 HOWARD DR W Mankato, MN 56003 | | 5,685.00 | NA | NA | 0.00 |
| | PARTRIDGE WILLIAM S, 1907 EXCEL DR. Mankato, MN 56001 | | 1.00 | NA | NA | 0.00 |
| | PIONEER BANK, 320 STADUIM RD #100 Mankato, MN 56001 | | 0.00 | NA | NA | 0.00 |
| | PNC BANK, 1 FINANCIAL PKWY Kalamazoo, MI 49009 | | 14,519.00 | NA | NA | 0.00 |
| | PORTFOLIO RECOVERY ASSOCIATES, PO BOX 12914 Norfolk, VA 23541 | | 1.00 | NA | NA | 0.00 |
| | PSB INC, PO BOX 548 Anoka, MN 55303 | | 81.72 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SAMS RIVERSIDE GLASS & WHEEL, 805 SE 30TH ST. Des Moines, IA 50317 | | 0.00 | NA | NA | 0.00 |
| | SEMA EQUIPMENT, INC, 11555 HIGHWAY 60 BLVD. Wanamingo, MN 55983 | | 3,092.44 | NA | NA | 0.00 |
| | SFK LEASING INC DBA, CUSTOM TRUCK LEASING INC 4500 N CLIFF AVE Sioux Falls, SD 57104 | | 23,254.79 | NA | NA | 0.00 |
| | SMITH, PAULSON, O'DONNELL & ERICKSON, 201 WEST 7TH STREET Monticello, MN 55362 | | 1.00 | NA | NA | 0.00 |
| | SMITH, TOLLEFSON & RAHRICK, 108 W. PARK SQ. SUITE A Owatonna, MN 55060 | | 1.00 | NA | NA | 0.00 |
| | STAR TRAILERS SALES INC, 1120 CENTER ST NORTH MANKATO, MN 56003 | | 58,634.00 | NA | NA | 0.00 |
| | SWS CREDIT SERVICES INC, 910 HILL AVE Grafton, ND 58237 | | 1.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TOM KORANDA KANDK ENTERPRISES LLC, ATTN THOMAS KORANDA 83405 320TH ST Ellendale, MN 56026 | | 0.00 | NA | NA | 0.00 |
| | TOTAL GLASS LOCK INC., 311 W. MAIN ST. Albert Lea, MN 56007 | | 80.00 | NA | NA | 0.00 |
| | WEIS LANDSCAPING & DESIGN, LLC, 63118 200TH ST. Rose Creek, MN 55970 | | 4,716.23 | NA | NA | 0.00 |
| | WELCH'S AUTO SUPPLY, 441 4TH ST. SW Blooming Prairie, MN 55917 | | 12,269.14 | NA | NA | 0.00 |
| | WELKER CUSTOM HOMES INC, 3750 9TH ST. NW Owatonna, MN 55060 | | 24,692.00 | NA | NA | 0.00 |
| | WELTMAN, WEINBERG & REIS CO., LPA, PO BOX 6597 Cleveland, OH 44101-1597 | | 1.00 | NA | NA | 0.00 |
| | WILSON TRAILER COMPANY, 4400 S. LEWIS BLVD PO BOX 66300 Sioux City, IA 51106 | | 15,372.83 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 27 | ATLAS ACQUISITIONS LLC | 7100-000 | NA | 273,567.22 | 273,567.22 | 0.00 |
| 5 | BANK OF AMERICA, N. A. | 7100-000 | NA | 11,098.74 | 11,098.74 | 0.00 |
| 18 | Bankers Healthcare Group, Llc | 7100-000 | NA | 52,752.26 | 52,752.26 | 0.00 |
| 28 | Bremer Bank Na | 7100-000 | NA | 4,676.97 | 4,676.97 | 0.00 |
| 29 | Bremer Bank Na | 7100-000 | NA | 4,973.97 | 4,973.97 | 0.00 |
| 10 | Citibank, N.A. | 7100-000 | NA | 1,407.90 | 1,407.90 | 0.00 |
| 11 | Citibank, N.A. | 7100-000 | NA | 9,699.46 | 9,699.46 | 0.00 |
| 12 | Citibank, N.A. | 7100-000 | NA | 12,563.73 | 12,563.73 | 0.00 |
| 4 | Cw Nexus Credit Card Holdings L, Llc | 7100-000 | NA | 797.61 | 797.61 | 0.00 |
| 14 | Deere & Company | 7100-000 | NA | 31,740.26 | 31,740.26 | 0.00 |
| 15 | Deere & Company | 7100-000 | NA | 413,424.47 | 413,424.47 | 0.00 |
| 16 | Deere & Company | 7100-000 | NA | 14,385.56 | 14,385.56 | 0.00 |
| 17 | Deere & Company | 7100-000 | NA | 162,388.50 | 162,388.50 | 0.00 |
| 21 | Deere & Company World Headquarters | 7100-000 | NA | 21,036.65 | 21,036.65 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | DEPARTMENT STORES NATIONAL BANK | 7100-000 | NA | 244.46 | 244.46 | 0.00 |
| 6 | DISCOVER BANK | 7100-000 | NA | 1,862.34 | 1,862.34 | 0.00 |
| 30 | First National Bank Of Omaha | 7100-000 | NA | 11,413.90 | 11,413.90 | 0.00 |
| 1 | Gordy"s Repair & Implement | 7100-000 | NA | 7,389.40 | 7,389.40 | 0.00 |
| 20A | IRS | 7100-000 | NA | 5,249.18 | 5,249.18 | 0.00 |
| 19 | Manpower Group Us Inc. | 7100-000 | NA | 6,620.18 | 6,620.18 | 0.00 |
| 22 | Midland Credit Management, Inc. | 7100-000 | NA | 618.68 | 618.68 | 0.00 |
| 9A | Minnesota Department Of Revenue | 7100-000 | NA | 23,776.85 | 23,776.85 | 0.00 |
| 24A | PIONEER BANK | 7100-000 | NA | 1,068,231.18 | 1,068,231.18 | 0.00 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 1,094.51 | 1,094.51 | 0.00 |
| 31 | Sws Credit Services,Inc | 7100-000 | NA | 698.56 | 698.56 | 0.00 |
| 13 | Uhg | 7100-000 | NA | 270.92 | 270.92 | 0.00 |
| 25 | Welker Custom Homes, Inc. | 7100-000 | NA | 24,692.00 | 24,692.00 | 0.00 |
| 23 | Wilson Trailer Company | 7100-000 | NA | 15,372.83 | 15,372.83 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,653,238.15 | $2,182,048.29 | $2,182,048.29 | $0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 21-30914 WJF | Judge: William J. Fisher | | Trustee Name: | RANDALL L. SEAVER |
| Case Name: | JOHN KENNETH TRIHUS | | | Date Filed (f) or Converted (c): | 05/28/2021 (f) |
| | WENDY KAY TRIHUS | | | 341(a) Meeting Date: | 07/12/2021 |
| For Period Ending: | 12/02/2025 | | | Claims Bar Date: | 11/01/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 85772 320TH ST BLOOMING PRAIRIE MN 55917-0000 FREEBORN | 525,100.00 | 0.00 | | 0.00 | FA |
| 2. 29290 835TH AVE HOLLANDALE MN 56045-0000 FREEBORN | 200,000.00 | 15,000.00 | | 15,000.00 | FA |
| 3. 14500 54TH AVE BLOOMING PRAIRIE MN 55917-0000 STEELE | 220,000.00 | 0.00 | | 12,500.00 | FA |
| 4. 2001 FREIGHTLINER FLD 120 SD VIN: 1FUPFDZB51LH29812 | 5,000.00 | 0.00 | | 0.00 | FA |
| 5. 1999 FREIGHTLINER CONVENTIONAL VIN: 1FUPFDYB8XLA17224 | 5,000.00 | 0.00 | | 0.00 | FA |
| 6. 2016 CHEVROLET SILVERADO MILEAGE: 100,000+ VIN: 1GC1KWE86GF164036 *IN THE POSSESSION OF THE MECHANIC, NOT BEING RELEASED DUE TO UNPAID BILL* | 20,000.00 | 0.00 | | 0.00 | FA |
| 7. 2011 CHEVROLET TAHOE MILEAGE: 222,000+ VIN: 1GNSKCE03BR317340 | 5,000.00 | 0.00 | | 0.00 | FA |
| 8. 2007 WILSON TRAILER CO HOPPER VIN: 1W1MAFZAX7A245119 | 12,500.00 | 0.00 | | 0.00 | FA |
| 9. NORMAL HOUSEHOLD GOODS & FURNSIHINGS | 5,000.00 | 0.00 | | 0.00 | FA |
| 10. CASH ON HAND | 100.00 | 0.00 | | 0.00 | FA |
| 11. STATE BANK OF NEW RICHLAND | 1,167.34 | 0.00 | | 0.00 | FA |
| 12. MIDWEST FARM OPERATIONS COMPANY, LLC | Unknown | 0.00 | | 0.00 | FA |
| 13. NEWRY AG TRUCKING COMPANY | 0.00 | 0.00 | | 0.00 | FA |
| 14. NEWRY AG LLC | Unknown | 0.00 | OA | 0.00 | FA |
| 15. QUALIFIED RETIREMENT ACCOUNT | 161,211.68 | 0.00 | | 0.00 | FA |
| 16. IOWA COLLEGE SAVINGS 529 PLAN (BALANCE $7602.30) (NO CONTRIBUTIONS IN OVER 24 MONTHS, NOT PROPERTY OF THE BANKRUPTCY ESTATE) | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Case No: 21-30914 WJF Judge: William J. Fisher
Case Name: JOHN KENNETH TRIHUS
WENDY KAY TRIHUS
For Period Ending: 12/02/2025

Trustee Name: RANDALL L. SEAVER
Date Filed (f) or Converted (c): 05/28/2021 (f)
341(a) Meeting Date: 07/12/2021
Claims Bar Date: 11/01/2021

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17. TRIHUS REVOCABLE TRUST, MR. TRIHUS IS A BENEFICIARY UNDER THIS TRUST, DISCLOSURE PURPOSES ONLY | 0.00 | 0.00 | | 0.00 | FA |
| 18. PAST DUE RENTAL PAYMENT DUE FROM TENANTS | Unknown | 2,500.00 | | 2,500.00 | FA |
| 19. ACCRUED BUT UNPAID WAGES | 5,951.72 | 1,487.93 | | 1,487.93 | FA |
| 20. JOHN DEERE 8285R TRACTOR (LEASED) | 1.00 | 0.00 | | 0.00 | FA |
| 21. JOHN DEERE GATOR UTILITY-LISTED IN ERROR | 0.00 | 0.00 | | 0.00 | FA |
| 22. HYSTER FORKLIFT $3,500.00 KINZE 3700 24X30 LIQ. FERT. PLANTER $75,000.00 JD 1293 CORN HEAD $27,500.00 UNVERFERTH HTT 30 TRAILER $3,500.00 JD 568 ROUND BALER $27,500.00 JD 336 AM SQUARE BALER $4,000.00 HAY RACKS (2) $1,500.00 FEED AUGER WAGON $500.00 LOTNES | 205,650.00 | 0.00 | | 0.00 | FA |
| 23. VACATION RENTAL PROPERTY (u) | 0.00 | 0.00 | | 0.00 | FA |
| 24. TRANSFERS TO PHOENIX (u) | 0.00 | 0.00 | | 0.00 | FA |
| 25. TRANSFERS TO NEWRY AG (u) | 0.00 | 0.00 | | 0.00 | FA |
| 26. 2019 TAX REFUNDS (u) | 0.00 | 0.00 | | 0.00 | FA |
| 27. 2020 TAX REFUNDS (u) | 0.00 | 0.00 | | 5,240.74 | FA |
| 28. PREPAID CAMP LEASE (u) | 0.00 | 0.00 | | 0.00 | FA |
| 29. TRANSFER TO BASSFORD LAW FIRM (u) | 0.00 | 7,500.00 | | 7,500.00 | FA |
| 30. 2021 TAX REFUNDS (u) | 0.00 | 0.00 | | 0.00 | FA |
| 31. UNSCHEDULED INSURANCE CLAIM (u) | 0.00 | 23,022.38 | | 23,022.38 | FA |
| 32. PEOPLES STATE BANK/IRA | 387.07 | 0.00 | | 0.00 | FA |
| 33. SECURITY DEPOSIT | 1,961.67 | 0.00 | | 0.00 | FA |
| 34. UNCASHED CHECK PAYABLE TO JOHN TRIHUS, PIONEER BANK & DAVE SIMON FOR $35,383.19. DEBTOR'S INTEREST UNKNOWN | Unknown | 0.00 | | 0.00 | FA |

| | | | | |
|---|---|---|---|---|
| | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,374,030.48 | $49,510.31 | $67,251.05 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

INVESTIGATE DEBTORS' FINANCIAL AFFAIRS. 2020 TAX REFUNDS. 2021 TAX REFUNDS. RENTAL PROPERTIES.
AMENDED SCHEDULES CHECKED.
WAITING FOR SETTLEMENT PAYMENT.
PURSUANT TO SETTLEMENT, ALL ASSET ITEMS RESOLVED.
WAITING FOR TAX RETURNS FROM ACCOUNTANT.

Initial Projected Date of Final Report (TFR): 12/31/2022 Current Projected Date of Final Report (TFR): 06/30/2025

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 21-30914
Case Name: JOHN KENNETH TRIHUS
WENDY KAY TRIHUS
Taxpayer ID No: XX-XXX4341
For Period Ending: 12/02/2025

Trustee Name: RANDALL L. SEAVER
Bank Name: Axos Bank
Account Number/CD#: XXXXXX6234
Checking
Blanket Bond (per case limit): $27,459,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/13/21 | 19 | WENDY TRIHUS<br>85772 - 320TH ST<br>BLOOMING PRAIRIE, MN 55917-8030 | WAGES | 1129-000 | $1,487.93 | | $1,487.93 |
| 02/14/22 | 29 | BASSFORD REMELE<br>100 SOUTH 5TH STREET, SUITE 1500<br>MINNEAPOLIS, MN 55402-1254 | AVOIDANCE CLAIM SETTLEMENT | 1241-000 | $7,500.00 | | $8,987.93 |
| 06/24/22 | 2001 | International Sureties, LTD<br>Suite 420<br>701 Poydras St<br>New Orleans, LA 70139 | 2200 BOND PREMIUM DISBURSEMENT. BOND #016018054 | 2300-000 | | $6.29 | $8,981.64 |
| 07/10/22 | 31 | NORTH STAR<br>MUTUAL INSURANCE COMPANY<br>P.O. BOX 48<br>COTTONWOOD, MN 56229-0048 | UNSCHEDULED INSURANCE CALIM | 1229-000 | $23,022.38 | | $32,004.02 |
| 09/28/22 | 2002 | TRUSTEE INSURANCE AGENCY, INC<br>C/O KIM LUDY<br>INTAC ADVISORY<br>2813 WEST MAIN STREET<br>KALAMAZOO, MI 49006 | INSURANCE PREMIUM | 2420-000 | | $668.26 | $31,335.76 |
| 10/23/22 | 18 | WENDY TRIHUS<br>85772 320TH STREET<br>BLOOMING PRAIRIE, MN 55917 | RENTS | 1122-000 | $2,500.00 | | $33,835.76 |
| 10/26/22 | 2003 | TRUSTEE INSURANCE AGENCY<br>2813 MAIN STREET<br>KALAMAZOO, MI 49006 | INSURANCE pREMIUM INVOICE #2656-508 | 2420-000 | | $158.27 | $33,677.49 |
| 06/29/23 | 2004 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>702 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | BOND #612418760 | 2300-000 | | $44.83 | $33,632.66 |
| 09/27/23 | 2 | JOHN AND WENDY TRIHUS<br>85772 320TH STREET<br>BLOOMING PRAIRIE, MN 55917 | REAL ESTATE | 1110-000 | $15,000.00 | | $48,632.66 |
| 10/22/23 | 2005 | TRUSTEE INSURANCE AGENCY, INC<br>P.O. BOX 190<br>VICKSBURG, MI 49097 | REAL PROPERTY INSURANCE | 2990-000 | | $1,537.46 | $47,095.20 |

| | | |
|---|---|---|
| Page Subtotals: | $49,510.31 | $2,415.11 |

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 21-30914
Case Name: JOHN KENNETH TRIHUS
WENDY KAY TRIHUS
Taxpayer ID No: XX-XXX4341
For Period Ending: 12/02/2025

Trustee Name: RANDALL L. SEAVER
Bank Name: Axos Bank
Account Number/CD#: XXXXXX6234
Checking
Blanket Bond (per case limit): $27,459,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/05/24 | 2006 | International Sureties, LTD<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | 2024 BOND PREMIUM<br>BOND#612418760 | 2300-000 | | $49.86 | $47,045.34 |
| 02/13/25 | 27 | WENDY TRIHUS<br>85772 320TH STREET<br>BLOOMING PRAIRIE, MN 55917 | 2020 IRS REFUND | 1224-000 | $5,240.14 | | $52,285.48 |
| 03/01/25 | 27 | WENDY TRIHUS | 2020 IRS REFUND | 1224-000 | $5,240.74 | | $57,526.22 |
| 03/01/25 | 27 | WENDY TRIHUS<br>85772 320TH STREET<br>BLOOMING PRAIRIE, MN 55917 | 2020 IRS REFUND Reversal<br>WRONG AMOUNT | 1224-000 | ($5,240.14) | | $52,286.08 |
| 05/29/25 | 3 | NEAR NORTH TITLE GROUP<br>414 CENTRAL AVENUE, SUITE B<br>FARIBAULT, MN 55021 | REAL | 1110-000 | $125,000.00 | | $177,286.08 |
| 05/29/25 | 3 | NEAR NORTH TITLE GROUP | REAL PROPERTY | 1110-000 | $12,500.00 | | $189,786.08 |
| 05/29/25 | 3 | NEAR NORTH TITLE GROUP<br>414 CENTRAL AVENUE, SUITE B<br>FARIBAULT, MN 55021 | REAL Reversal<br>wrong amount | 1110-000 | ($125,000.00) | | $64,786.08 |
| 07/22/25 | 2007 | RANDALL L. SEAVER<br>RANDALL L. SEAVER, CHAPTER 7 TRUSTEE<br>P.O. BOX 1167<br>BURNSVILLE, MN 55337-2572 | Final distribution creditor account # representing a payment of 100.00% per court order. | 2100-000 | | $6,612.55 | $58,173.53 |
| 07/22/25 | 2008 | RANDALL L. SEAVER<br>RANDALL L. SEAVER, CHAPTER 7 TRUSTEE<br>P.O. BOX 1167<br>BURNSVILLE, MN 55337-2572 | Final distribution creditor account # representing a payment of 100.00% per court order. | 2200-000 | | $1,267.82 | $56,905.71 |
| 07/22/25 | 2009 | FULLER, SEAVER & SWANSON, PA | Final distribution creditor account # representing a payment of 100.00% per court order. | 3110-000 | | $18,408.00 | $38,497.71 |
| 07/22/25 | 2010 | FULLER, SEAVER & SWANSON, PA | Final distribution creditor account # representing a payment of 100.00% per court order. | 3120-000 | | $1,031.06 | $37,466.65 |

| | | |
|---|---|---|
| Page Subtotals: | $17,740.74 | $27,369.29 |

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 21-30914
Case Name: JOHN KENNETH TRIHUS
WENDY KAY TRIHUS
Taxpayer ID No: XX-XXX4341
For Period Ending: 12/02/2025

Trustee Name: RANDALL L. SEAVER
Bank Name: Axos Bank
Account Number/CD#: XXXXXX6234
Checking
Blanket Bond (per case limit): $27,459,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/22/25 | 2011 | GREENSTEIN SELLERS PLLC<br>825 NICOLLET MALL, STE 1648<br>MPLS, MN 55402 | Final distribution creditor account # representing a payment of 100.00% per court order. | 3210-000 | | $23,269.30 | $14,197.35 |
| 07/22/25 | 2012 | GREENSTEIN SELLERS PLLC<br>825 NICOLLET MALL, STE 1648<br>MPLS, MN 55402 | Final distribution creditor account # representing a payment of 100.00% per court order. | 3220-000 | | $254.53 | $13,942.82 |
| 07/22/25 | 2013 | WESLER & ASSOCIATES<br>CHERYL WESLER<br>P.O. BOX 19016<br>KALAMAZOO, MI 49019 | Final distribution creditor account # representing a payment of 100.00% per court order. | 3410-000 | | $1,515.50 | $12,427.32 |
| 07/22/25 | 2014 | WESLER & ASSOCIATES<br>CHERYL WESLER<br>P.O. BOX 19016<br>KALAMAZOO, MI 49019 | Final distribution creditor account # representing a payment of 100.00% per court order. | 3420-000 | | $215.91 | $12,211.41 |
| 07/22/25 | 2015 | Minnesota Dept Of Revenue<br>Po Box 64447 - Bky<br>Saint Paul Mn 55164-0447 | Final distribution to claim 9 creditor account # representing a payment of 16.27% per court order. | 5800-000 | | $9,278.24 | $2,933.17 |
| 07/22/25 | 2016 | IRS<br>Po Box 7346<br>Philadelphia Pa 19101-7346 | Final distribution to claim 20 creditor account # representing a payment of 16.27% per court order. | 5800-000 | | $2,933.17 | $0.00 |
| 10/18/25 | 2015 | Minnesota Dept Of Revenue<br>Po Box 64447 - Bky<br>Saint Paul Mn 55164-0447 | Final distribution to claim 9 creditor account # representing a payment of 16.27% per court order. Reversal | 5800-000 | | ($9,278.24) | $9,278.24 |
| 10/18/25 | 2017 | Minnesota Dept Of Revenue<br>Po Box 64447 - Bky<br>Saint Paul Mn 55164-0447 | REISSUE STALE CHECK CLAIM 9 | 5800-000 | | $9,278.24 | $0.00 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $67,251.05 | $67,251.05 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $67,251.05 | $67,251.05 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $37,466.65 |

| | | |
|---|---|---|
| Net | $67,251.05 | $67,251.05 |

Exhibit 9

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6234 - Checking | $67,251.05 | $67,251.05 | $0.00 |
| | $67,251.05 | $67,251.05 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $67,251.05 |
| Total Gross Receipts: | $67,251.05 |

Page Subtotals: $0.00 $0.00